972 A.2d 487

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert COOK, Petitioner.

No. 38 EM 2009.

Supreme Court of Pennsylvania.

May 21, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of May, 2009, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.